UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
ANGEL BODENHEIMER,
     Debtor.                                  No. 05-13003-s7

**REPORT TO THE COURT ON UNCLAIMED FUNDS**
**DEPOSITED INTO THE COURT REGISTRY**

COMES NOW, the Trustee in Bankruptcy Angel Bodenheimer, No. 05-13003-s7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on December 10, 2008, the Trustee will forward a check in the amount of three thousand four hundred nineteen dollars and thirty-eight cents ($3,419.38) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

Angel Bodenheimer         $3,419.38
9000 Trumbull Ave. SE Unit 12
Albuquerque, NM 871236-3162
(non-negotiated check)

Respectfully Submitted,

*Submitted Electronically*
MICHAEL J. CAPLAN, Trustee
827 E. Santa Fe Ave.
Grants, NM  87020
(505) 287-8891

I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by  use of the notice transmission facilities of the case management and electronic filing system on this 20th day of April, 2010.

*Submitted Electronically*
MICHAEL J. CAPLAN